IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIKE KASSABJI,

    Petitioner,

v.                            CIV 09-0675 RB/CG

JAMES JANECKA, Warden, et al.,

    Respondents.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed proposed findings on April 12, 2010, and recommended that the § 2254 petition be dismissed with prejudice on procedural default grounds. *See Doc. 62.* Because he is under limited filing restrictions, the proposed findings specifically reiterated that objections do not fall within the filing restrictions and must be timely filed to preserve appellate review. *See id.* at 26. The time for objections has long passed, Petitioner still has not filed any objections. Instead, he filed two documents asking for the same relief that this Court has repeatedly denied. *See Docs. 63, 64; see also Docs. 30, 34, 37, 41, 44, 53.*

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

    1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 62)* is ADOPTED;

2. This action is dismissed **with prejudice**;

3. A final order enter concurrently herewith;

4. Petitioner remains under the limited filing restrictions consistent with my prior order, see Doc. 53 – that is, with the exception of any documents necessary to perfect an appeal, the Clerk shall scan, assign a document number and simultaneously docket as "stricken" any document tendered by Petitioner in this action; stricken documents should not be coded as pending; and

5. The ProSe Law Clerks be provided notice of these continued limited filing restrictions.

*/s/ Robert Black*
UNITED STATES DISTRICT JUDGE